UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>JOHN D'AGOSTINI & VERN PIERSON,<br><br>Respondents. | Case No. 2:21-cv-00890-JAM-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO IDENTIFY HOW HE WISHES TO PROCEED BY FILING EITHER AN AMENDED HABEAS PETITION OR A SECTION 1983 COMPLAINT |

Petitioner began this case by filing a section 2254 habeas petition. ECF No. 1. Four days later, he filed a motion to convert the petition into a section 1983 action. ECF No. 3. Thereafter, he filed a motion to consolidate petitions, ECF No. 5, which was, effectively, a second habeas petition. On June 3, 2021, I recommended that petitioner's motion to convert be granted. ECF No. 7. Those recommendations are still pending, but in the interim petitioner has filed a third habeas petition. ECF No. 9. I cannot tell whether petitioner intends this case to be a section 1983 action about the conditions of his confinement or a habeas action attacking the legality of that confinement. Accordingly, I will withdraw my findings and recommendations, and I will deny all pending motions as moot. Within thirty days of this order's entry, petitioner should submit either an amended habeas petition or a section 1983 civil rights complaint. The action will proceed based on that filing.

It is ORDERED that:

1. The orders and findings and recommendations, ECF No. 7, are WITHDRAWN.

2. Petitioner's motion to convert, ECF No. 3, motion to consolidate, ECF No. 5, motion for joinder, ECF No. 9, request for clarification,[1] ECF No. 13, and motion to compel, ECF No. 14 are DENIED as moot.

3. Within thirty days of this order's entry petitioner should file either a section 1983 complaint or an amended habeas petition.

4. The Clerk of Court is directed to send petitioner a habeas petition form and a section 1983 complaint form. He should complete and return only one of them.

IT IS SO ORDERED.

Dated:   March 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent petitioner needs to show his custodians proof of his status as a litigant, he may present this order for that purpose.