1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    NORMAN JOHN CRAIG,                    Case No.   2:21-cv-00890-TLN-JDP (HC)

10                    Petitioner,          ORDER DIRECTING PETITIONER TO
                                           CONFIRM VOLUNTARY DISMISSAL
11          v.                             WITHIN TWENTY-ONE DAYS

12   JOHN D'AGOSTINI AND VERN              ECF No. 16
     PIERSON
13
                      Respondents.
14

15

16          Petitioner has submitted filings that make it difficult to tell whether he intends for this

17   action to proceed as a habeas petition or a section 1983 suit.  On March 10, 2022, I directed him

18   to settle the issue by submitting either a section 1983 complaint or an amended habeas petition.

19   ECF No. 15.  Petitioner elected to do neither, instead submitting a request that two separate cases,

20   *Craig v. Eskin*, 2:21-cv-01116-GGH and *Craig v. D'Agostini*, 2:21-cv-01198-TLN-DMC, be

21   allowed to proceed.[1]  ECF No. 16.  I cannot decide matters that are not before me.  Any requests

22   related to these cases will need to be filed on those cases' dockets.

23          Most importantly for this case, petitioner states that the above-referenced other cases

24   suffice both to attack the validity of his conviction and to raise his section 1983 claims.  ECF No.

25   16 at 1.  According, he requests that he be permitted to proceed with his other cases in lieu of

26   filing a new complaint or an amended habeas petition.  *Id.*  Although plaintiff's filing suggests an

27

28          [1] I note that *Craig v. Eskin* has been transferred to the Central District of California.

                                                 1

intention to voluntarily dismiss this action, out of an abundance of caution, the court will grant him one final opportunity to clarify how, if at all, he would like to proceed with this case.

Accordingly, it is hereby ORDERED that:

1. Within twenty-one days of the date of this order, plaintiff shall file:

    a. a section 1983 complaint;

    b. an amended habeas petition; or

    c. a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

2. Plaintiff is warned that failure to comply with any part of this order will result in a recommendation that this action be dismissed.

3. The Clerk of Court is directed to send plaintiff a form complaint and form habeas petition.

IT IS SO ORDERED.

Dated:   June 8, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2